**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BYBIT TECHNOLOGY LIMITED,

Plaintiff,

v.

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA; DPRK RECONNAISSANCE GENERAL BUREAU; LAZARUS GROUP; and JOHN DOES 1-20,

Defendants.

Case: 1:26-cv-02173 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 6/18/2026
Description: TRO/PI (D-DECK)

**PLAINTIFF BYBIT TECHNOLOGY LIMITED'S**
**MOTION FOR A TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY**

Plaintiff Bybit Technology Limited ("Bybit") respectfully requests, pursuant to Rule 65 of the Federal Rules of Civil Procedure, that this Court enter without notice to Defendant John Does 1-20 (the "Doe Defendants"), a Temporary Restraining Order ("TRO") enjoining the Doe Defendants—and all persons acting in active concert or participating with them—from transferring, dissipating, concealing, converting, or otherwise disposing of the cryptocurrency assets held in wallet addresses specified in Exhibit A. Plaintiff also requests that this Court authorize expedited discovery with respect to the Doe Defendants in order that Plaintiff may swiftly issue subpoenas to cryptocurrency exchanges and third-party custodians seeking the true names and identities of Doe Defendants so that Bybit may amend its Complaint and effectuate formal service of process.

This emergency relief is necessary to preserve Bybit's ability to recover the stolen cryptocurrency assets. As set forth in the accompanying Memorandum of Law, the Doe Defendants are anonymous actors whose identities cannot be ascertained through ordinary process,

RECEIVED
JUN 18 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

and any advance notice of this Motion would provide those actors—who have been actively laundering the stolen assets since February 21, 2025—with the opportunity to accelerate dissipation of the specific cryptocurrency before the Court can act. An *ex parte* TRO is therefore needed to prevent irreparable harm.

The attached memorandum of points and authorities, along with its supporting declarations and exhibits, set forth grounds for this motion. A proposed order is also attached.

Dated: June 18, 2026

Respectfully submitted,

Travis LeBlanc

Travis LeBlanc (DC Bar # 496844)
Brian E. Nelson (DC Bar # 978426)
(*Pro Hac Vice Forthcoming*)
Carlton Forbes (DC Bar # 1656612)
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, District of Columbia 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: tleblanc@cooley.com
Email: brian.nelson@cooley.com
Email: cforbes@cooley.com

William K. Pao (*Pro Hac Vice Forthcoming*)
Jonathan B. Waxman (*Pro Hac Vice Forthcoming*)
Cooley LLP
350 South Grand Avenue, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 561-3250
Facsimile: (213) 561-3244
Email: wpao@cooley.com
Email: jwaxman@cooley.com

*Attorneys for Plaintiff Bybit Technology Limited*