**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BYBIT TECHNOLOGY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA; DPRK RECONNAISSANCE GENERAL BUREAU; LAZARUS GROUP; and JOHN DOES 1-20,<br><br>Defendants. | Case No. |

**[PROPOSED] ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

Upon consideration of Plaintiff Bybit Technology Limited's Motion for a Temporary Restraining Order, and pursuant to Rule 65(a) and (b) of the Federal Rules of Civil Procedure and Local Civil Rule 65.1, it is hereby ORDERED that:

Defendants John Does 1–20 (collectively, "Defendants"), and all persons acting in active concert or participation with them, shall appear before this Court on ________, 2026, at _____ a.m./p.m., in Courtroom _____, before the Honorable ______________________________, United States District Judge for the United States District Court for the District of Columbia, to show cause, if any, for why a preliminary injunction should not be entered pursuant to Rule 65 of the Federal Rules of Civil Procedure:

1) Enjoining Defendants, and all persons acting in active concert or participation with them, from transferring, dissipating, concealing, converting, or otherwise disposing of any digital assets traceable to the theft of cryptocurrency described in Plaintiff's Complaint and Motion, and any assets directly or indirectly derived from, traceable

to, or exchanged for such assets, including any converted, substituted, or commingled proceeds thereof;

2) Ordering Defendants to preserve all digital assets currently held in the wallets and accounts identified in the Motion and supporting declarations;

3) Instructing that notice of the TRO be provided to third-party platforms and exchanges; and

4) Ordering such other and further relief as the Court deems just and proper.

Defendants shall file their responsive briefs no less than seven (7) days before the above listed date, and Plaintiff shall file its reply no less than (4) days before the above listed date.

IT IS FURTHER ORDERED that the Temporary Restraining Order entered by this Court shall remain in effect until further order of this Court.

IT IS FURTHER ORDERED that Plaintiff shall promptly serve a copy of this Order, together with all papers filed in support of the Motion, upon Defendants, or shall take all reasonable steps to effectuate such service consistent with applicable law and any further order of this Court.

IT IS SO ORDERED.

Dated: ______________________

______________________________
The Honorable
United States District Judge