**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BYBIT TECHNOLOGY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA; DPRK RECONNAISSANCE GENERAL BUREAU; LAZARUS GROUP; and JOHN DOES 1-20,<br><br>Defendants. | Case: 1:26-cv-02173 JURY DEMAND<br>Assigned To : Unassigned<br>Assign. Date : 6/18/2026<br>Description: TRO/PI (D-Deck) |

**PLAINTIFF BYBIT TECHNOLOGY LIMITED'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to Local Civil Rule 26.1 and Federal Rule of Civil Procedure 7.1, I, the undersigned counsel of record for Plaintiff Bybit Technology Limited ("Bybit"), certify to the best of my knowledge and belief that Bybit is a foreign company incorporated in the Republic of Seychelles, that Bybit has no parent corporation, that Bybit is not a publicly held company, and that no publicly traded entity owns 10% or more of Bybit's stock.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: June ~~XX~~ 18, 2026

Respectfully submitted,

/s/ Travis LeBlanc

Travis LeBlanc (DC Bar # 496844)
Brian E. Nelson (DC Bar # 978426)
(*Pro Hac Vice Forthcoming*)
Carlton Forbes (DC Bar # 1656612)
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, District of Columbia 20004

RECEIVED
JUN 18 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Telephone: (202) 842-7800
Facsimile: (202) 842-7899
tleblanc@cooley.com
brian.nelson@cooley.com
cforbes@cooley.com

William Pao (*Pro Hac Vice Forthcoming*)
Jonathan Waxman (*Pro Hac Vice Forthcoming*)
Cooley LLP
350 South Grand Avenue, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 561-3250
Facsimile: (213) 561-3244
wpao@cooley.com
jwaxman@cooley.com

*Attorneys for Plaintiff Bybit Technology Limited*