IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BYBIT TECHNOLOGY LIMITED,**

           Plaintiff,

    v.

**DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA; DPRK RECONNAISSANCE GENERAL BUREAU; LAZARUS GROUP; and JOHN DOES 1-20,**

           Defendants.

Civil Action No. 1:26-cv-02173 (JDB)

## NOTICE OF ERRATA AND CLARIFICATION REGARDING CASE INITIATING PAPERS

Plaintiff Bybit Technology Limited respectfully submits this Notice of Errata to correct the case initiating papers previously filed in this matter.

Upon review of the filing of the pleadings and other documents filed on Thursday, June 19, 2026, Plaintiff identified the following issues with the case initiating papers which require correction:

- The TRO Memorandum of Law and FRCP 65(b)(1) Certification contained electronic "/s/" signatures in the signature blocks that must be replaced with original signatures. Additionally, the signature blocks for these papers omitted several attorneys who should have been included as counsel of record. The TRO Memorandum of Law also contained pagination errors in the Table of Authorities that require correction.

- The LCvR 26.1 & FRCP 7.1 Corporate Disclosure Statement requires correction of the date reflected in its signature block.

- The Summons for the Democratic People's Republic of Korea ("DPRK") as filed was handwritten and must be replaced with a typewritten copy.

**RECEIVED**

JUN 2 3 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Plaintiff respectfully requests to withdraw the prior versions of these papers and resubmit (1) the corrected version of the LCvR 26.1 & FRCP 7.1 Corporate Disclosure Statement; (2) the corrected version of the TRO Memorandum of Law; (3) the corrected version of the FRCP 65(b)(1) Certification; and (4) the corrected version of the DPRK Summons.

The original versions of these documents were submitted to the Court prior to the assignment of a case number. Given that the Court subsequently issued a case number, the now-assigned number has been incorporated into the corrected versions.

The corrected versions of the case initiating papers are attached to this Notice of Errata as follows:

- Attached hereto as **Exhibit A** is a corrected version of the LCvR 26.1 & FRCP 7.1 Corporate Disclosure Statement.

- Attached hereto as **Exhibit B** is a corrected version of the TRO Memorandum of Law.

- Attached hereto as **Exhibit C** is a corrected version of the FRCP 65(b)(1) Certification.

- Attached hereto as **Exhibit D** is a corrected version of the DPRK Summons.

Dated: June 23, 2026

Respectfully submitted,

Travis LeBlanc (DC Bar # 496844)
Brian E. Nelson (DC Bar # 978426)
(*Pro Hac Vice Forthcoming*)
Carlton Forbes (DC Bar # 1656612)
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, District of Columbia 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
tleblanc@cooley.com
brian.nelson@cooley.com
cforbes@cooley.com

William K. Pao (*Pro Hac Vice Forthcoming*)
Jonathan B. Waxman (*Pro Hac Vice Forthcoming*)

Cooley LLP
350 South Grand Avenue, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 561-3250
Facsimile: (213) 561-3244
wpao@cooley.com
jwaxman@cooley.com

*Attorneys for Plaintiff Bybit Technology Limited*