IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BYBIT TECHNOLOGY LIMITED,** | |
| Plaintiff, | Civil Action No. 1:26-cv-02173 (JDB) |
| v. | |
| **DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA; DPRK RECONNAISSANCE GENERAL BUREAU; LAZARUS GROUP; and JOHN DOES 1-20,** | |
| Defendants. | |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Minute Order dated June 19, 2026, Plaintiff Bybit Technology Limited ("Bybit") respectfully submits this status report to inform the Court of the status of ongoing criminal investigations relating to the subject matter of this action.

Bybit is aware of an ongoing investigation by the Federal Bureau of Investigation ("FBI") into the February 21, 2025 theft of approximately $1.5 billion in digital assets from Bybit. Bybit has been and remains in contact with the FBI regarding the investigation. As noted in Bybit's Complaint and TRO Memorandum, the FBI has been an essential partner for tracing and attributing the theft and has obtained one or more seizure warrants under 18 U.S.C. § 981 directed at recovering the stolen funds. Complaint ¶¶ 75, 92; TRO Memorandum at 12, 20.

Following the issuance of the Minute Order on June 19, 2026, Bybit contacted the FBI Assistant Special Agent in Charge supervising the investigation into the theft to determine whether the requested injunction would interfere with any ongoing law enforcement operation or investigation.

**RECEIVED**

JUN 2 3 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

-1-

After reviewing the wallet addresses listed in Exhibit A, the FBI confirmed on June 22, 2026 that it does not object to the relief sought in Bybit's Motion for a Temporary Restraining Order.

Bybit will provide the Court with any further updates regarding law enforcement investigations at the preliminary injunction hearing.

Dated: June 23, 2026

Respectfully submitted,

*Travis LeBlanc*

Travis LeBlanc (DC Bar # 496844)
Brian E. Nelson (DC Bar # 978426)
*(Pro Hac Vice Forthcoming)*
Carlton Forbes (DC Bar # 1656612)
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, District of Columbia 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
tleblanc@cooley.com
brian.nelson@cooley.com
cforbes@cooley.com

William K. Pao *(Pro Hac Vice Forthcoming)*
Jonathan B. Waxman *(Pro Hac Vice Forthcoming)*
Cooley LLP
350 South Grand Avenue, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 561-3250
Facsimile: (213) 561-3244
wpao@cooley.com
jwaxman@cooley.com

*Attorneys for Plaintiff Bybit Technology Limited*