**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BYBIT TECHNOLOGY LIMITED,<br>　　Plaintiff,<br><br>　　　v.<br><br>DEMOCRATIC PEOPLE'S REPUBLIC<br>OF KOREA, et al.,<br>　　Defendants. | Civil Action No. 26-2173 (JDB) |

**ORDER**

Upon consideration of [21] plaintiff's renewed motion for a TRO and the entire record herein, the Court notes that plaintiff's motion references an Exhibit 1 that was not filed.  The Court further notes that plaintiff has not provided information as to which account holders have received notice to satisfy Federal Rule of Civil Procedure 65(a).  Accordingly, it is hereby **ORDERED** that plaintiff provide a status report and declaration by not later than July 16, 2026, at 12:00pm to clarify:

- Which account holders received notice of this action, in what form, and when;

- The total current value in dollars of assets frozen by custodians in compliance with this Court's order;

- The total current value in dollars of assets listed in [6-1] Exhibit A but not yet frozen;

- The extent to which assets that remain unfrozen despite the Court's order have been voluntarily frozen by custodians—for example, funds frozen by Tether at the FBI's request—and whether there are any indications that any voluntary freezes will imminently be lifted.

1

**SO ORDERED**.

/s/
_____
JOHN D. BATES
United States District Judge

Date: <u>July 15, 2026</u>

Case 1:26-cv-02173-JDB   Document 22   Filed 07/15/26   Page 2 of 2