**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BYBIT TECHNOLOGY LIMITED,

        Plaintiff,

    v.

DEMOCRATIC PEOPLE'S REPUBLIC OF
KOREA; DPRK RECONNAISSANCE
GENERAL BUREAU; LAZARUS GROUP;
and JOHN DOES 1-20,

        Defendants.

Case No. 26-2173 (JDB)

**NOTICE OF FILING OF REDACTED COPIES PURSUANT TO THE COURT'S**
**JULY 30, 2026 ORDER**

Plaintiff Bybit Technology Limited ("Bybit") submits this Notice to advise the Court that

it is filing redacted copies of the following documents in accordance with the Court's July 30, 2026

Order (the "Order"), which unsealed this case as to all filings other than references to individual

wallet addresses with assets traceable to the February 21, 2025 theft, and directed that those

individual wallet addresses remain under seal. Order at 2.

Redacted copies of the following documents are attached as Appendix 1:

- o   Exhibit A to the TRO, ECF No. 3-3,

- o   Exhibit 1 to the Renewed Motion for TRO, ECF No. 21-1,

- o   July 16, 2026 Status Report, ECF No. 23 (wallet address at 3);

- o   July 16, 2026 Forbes Declaration, ECF No. 24 (wallet address at ¶ 12);

- o   July 27, 2026 Status Report, ECF No. 27 (wallet addresses at 5, 7)

- o   Exhibit 1 to the Sheridan Declaration, ECF No. 27-2

- o   Exhibit 2 to the Sheridan Declaration, ECF No. 27-3



**RECEIVED**

AUG 0 4 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

- o  July 27, 2026 Forbes Declaration, ECF No. 27-4 (wallet address at ¶¶ 11);

- o  Exhibit 1 to the July 27, 2026 Forbes Declaration, ECF No. 27-5

These redacted documents are true and accurate copies of the versions originally filed in this case, redacted only to remove the sealed material.

Dated: August 4, 2026

Respectfully submitted,

*Travis LeBlanc*

Travis LeBlanc (DC Bar # 496844)
Brian E. Nelson (DC Bar # 978426)
Carlton Forbes (DC Bar # 1656612)
Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, District of Columbia 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: tleblanc@cooley.com
Email: brian.nelson@cooley.com
Email: cforbes@cooley.com

William K. Pao
Jonathan B. Waxman
Cooley LLP
350 South Grand Avenue, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 561-3250
Facsimile: (213) 561-3244
Email: wpao@cooley.com
Email: jwaxman@cooley.com

*Attorneys for Plaintiff Bybit Technology Limited*