**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **BYBIT TECHNOLOGY LIMITED,**<br>     **Plaintiff,**<br><br>          **v.**<br><br>**DEMOCRATIC PEOPLE'S REPUBLIC**<br>**OF KOREA, et al.,**<br>     **Defendants.** | **Civil Action No. 26-2173 (JDB)**<br><br>**UNDER SEAL** |

## ORDER

Upon consideration of [3] Bybit's motion for a TRO, [17] Bybit's motion to convert the TRO into a preliminary injunction, and the entire record herein, it is hereby **ORDERED** that [17] the motion for a preliminary injunction is **GRANTED** in part and **DENIED** in part.  For the reasons stated in the accompanying opinion and the Court's earlier opinion granting the TRO, plaintiff has demonstrated that it is likely to succeed on the merits of its claims and will suffer irreparable injury absent relief, that the balance of equities tips in its favor, and that the public interest favors relief, except as to wallet ███████████████████████ (the Corrigan Wallet).  Plaintiff has also demonstrated that it has provided enjoined defendants (John Does 1-20) with notice required by Federal Rule of Civil Procedure 65(a)(1).  It is further **ORDERED** that:

- Defendants John Does 1-20 and all persons acting in active concert or participation with them are hereby **ENJOINED** from transferring, dissipating, concealing, or otherwise disposing of any digital assets traceable to the February 21, 2025 theft of cryptocurrency from Bybit, and any assets directly or indirectly derived from, traceable to, or exchanged

1

for that cryptocurrency, including any converted, substituted, or commingled proceeds thereof, to the extent traceable to the cryptocurrency identified in Exhibit 1 (attached hereto) except as to the Corrigan Wallet.  It is further **ORDERED** that

- Defendants John Does 1-20 and all persons acting in active concert or participation with them shall preserve all digital assets currently held in the wallets identified in Exhibit 1.  It is further **ORDERED** that

- Notice of this order may be provided to third-party platforms and exchanges that may hold or control assets associated with the John Doe defendants and the wallets identified in Exhibit 1 pursuant to Federal Rule of Civil Procedure 65(d)(2).  It is further **ORDERED** that

- This order shall remain in effect until further order of the Court.

It is also hereby **ORDERED** that this case shall be **UNSEALED** upon Bybit's filing of redacted copies of all filings that contain references to individual wallet addresses with assets traceable to the February 21, 2025 theft.  The individual wallet addresses with assets traceable to the February 21, 2025 theft shall continue to be **SEALED**, and the parties should file redacted and sealed copies of their filings when referencing those addresses.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date: July 30, 2026

2