CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Bybit Technology Limited,

Plaintiff(s)

vs.

Civil Action No.: 26-cv-2173 (JDB)

Democratic People's Republic of Korea; DPRK Reconnaissance General Bureau; and Lazarus Group

Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Democratic People's Republic of Korea, DPRK Reconnaissance General Bureau, and Lazarus Group
c/o Foreign Minister Choe Son-hui
Ministry of Foreign Affairs
Juyngsong-Gong, Central District
Pyongyang, DPRK

by: (check one)

- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☑ Fed Ex

pursuant to the provisions of: (check one)

- ☐ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☑ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): the United States of America, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Travis LeBlanc
(Signature)

Travis LeBlanc (DC Bar No. 496844)
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, District of Columbia 20004

(Name and Address)