# Ship Request

Cooley

| Ship from | Ship to |
|---|---|
| **Company:** Cooley LLP | **Company:** U.S. State Department - Consular Affairs Annex |
| **Contact:** Carlton Forbes | **Contact:** Attn: FSIA |
| **Address 1:** 1299 Pennsylvania Avenue | **Address 1:** L/CA/POG/GC, SA-17, 10th Floor |
| **Address 2:** NW, Suite 700 | **Address 2:** |
| **City:** Washington | **City:** Washington |
| **State:** DC | **State:** DC |
| **Zip / Postal Code:** 20004 | **Zip / Postal Code:** 20522-1710 |
| **Tel # :** (202) 776-2117 | **Tel # :** 202-647-4000 |
| **Country:** US | **Country:** US |

37023969

**Special Instructions**

Ship date: Thursday 8/20/26 for delivery on Friday, 8/21/26.

**Order Information**

| | |
|---|---|
| **Number Of Packages:** 1 | **Packaging:** Customer |
| **Service Type:** FedEx Priority Overnight | **Total Weight:** 0 |
| **Reference 1:** Shipping Date: 08/20/2026 | **Reference 2:** 30251 |

**Created By**

**Ship Request Sender Name:**

**Location Name:** Washington DC

**Name:** Alexander, Sheryl

**Tel #:** 1112223333 **Email:** sheryl.alexander@cooley.com

**Date and Time:** 8/19/2026 5:05:01 PM

Powered by 2Ship.com